TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-10-00260-CV






In re State of Texas






ORIGINAL PROCEEDING FROM BELL COUNTY



 

O R D E R


PER CURIAM


 Relator has filed a petition for writ of mandamus and motion for emergency relief. 
See Tex. R. App. P. 52.8, 52.10. We grant the motion for emergency relief and stay the trial court's
discovery order dated May 12, 2010, pending our consideration of relator's petition for writ of
mandamus. 


 ___________________________________________

 David Puryear, Justice

Before Chief Justice Jones, Justices Puryear and Pemberton

Filed: May 13, 2010